

NUMBER 13-10-00665-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STEVEN POPP AND ALICIA POPP, APPELLANTS,

v.

DAVID MARSHALL AND SKM GUNITE, APPELLEES.

On Appeal from the 24th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellants, Steven Popp and Alicia Popp, perfected an appeal from a judgment entered by the 24th District Court of Victoria County, Texas, in cause number 08-4-67075-A. Appellants have filed a voluntary motion to dismiss the appeal and request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
17th day of February, 2011.